UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   -vs-<br><br>ALFONSO ESCAMILLA-MENDOZA,<br><br>                Defendant. | NO.    CR-11-6084-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>**UNITED STATES MARSHAL ACTION REQUIRED** |

     A first pretrial conference and motion hearing was held July 9, 2012. The Defendant, who is in custody, was present and represented by James Egan and assisted by Court-appointed interpreter Estela Castro; Assistant United States Attorney Shawn Anderson represented the Government.

     The Court addressed Defendant's Motion to Dismiss. Both parties agreed that Defendant was statutorily eligible for relief under § 212(c) when he appeared for his deportation hearing. After balancing the adverse factors evidencing Defendant's undesirability as a permanent resident with the social and humane considerations presented on his behalf, this Court concluded that Defendant has made a heightened showing that his case presented unusual or outstanding equities and that there were "plausible grounds for relief" for him under § 212(c). *United States v. Ramos*, 623 F.3d 672, 684 (9th Cir. 2010). Accordingly,

     **IT IS ORDERED** that:

     1. Defendant's Motion to Dismissed Indictment, filed June 7, 2012, **ECF No. 24**, is **GRANTED.**

ORDER - 1

2.   The Indictment in this matter is **DISMISSED WITHOUT PREJUDICE**.

3.   The United States Marshals Service shall **IMMEDIATELY RELEASE** their hold on the Defendant.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Marshals Service.

**DATED** this 10th day of July, 2012.

07-09-12

                                                  s/ Wm. Fremming Nielsen
                                    WM. FREMMING NIELSEN
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2